UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Manuel Ndongala** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**David Wesling, Boston Field Office** )<br>**Director, U.S. Immigration and Customs** )<br>**Enforcement and Removal Operations et al.,** )<br>)<br>**Respondents.** )<br>)<br>) | **Civil Action No. 26-cv-10194** |

**EMERGENCY ORDER CONCERNING**
**STAY OF TRANSFER OR REMOVAL**

Petitioner **Manuel Ndongala,** an Angolan national, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that he is being unlawfully confined in violation of the Constitution and laws of the United States.

The Court orders as follows:

**1.   Service of Order**

The clerk of this court shall serve a copy of the petition and this Order (by email) on the civil duty attorney for the United States Attorney's Office and the United States Attorney for the District of Massachusetts.

**2.   Order**

To provide a fair opportunity for the judge who will be randomly assigned to this case to review the merits of the petition and to rule on any contested issues of jurisdiction, unless otherwise ordered by the assigned judge, respondents will not remove the petitioner from the jurisdiction of the United States or transfer petitioner to a judicial district outside that of Massachusetts for a

period of at least 72 hours from the time this Order is docketed.

**SO ORDERED.**

/s/ Myong J. Joun
Myong J. Joun
UNITED STATES DISTRICT JUDGE

Issued at Boston, Massachusetts
January 17, 2026, at
5:15 p.m.