UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| |
|---|
| MANUEL NDONGALA, <br><br> Petitioner, <br><br> v. <br><br> DAVID T. WESLING, *et al.*, <br><br> Respondents. |

No. 1:26-cv-10194-ADB

## RESPONDENTS STATUS UPDATE REGARDING PETITIONER'S BOND HEARING

Respondents, and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully submit this status report on the outcome of Petitioner Manuel Ndongala's bond hearing before the Immigration Court. On January 27, 2026, by Order, the Court granted the Petition for Writ of Habeas Corpus and ordered Respondents to provide Petitioner with a bond hearing under Section 1226(a) within two weeks of the Order and to file a Status Report within 24 hours of the bond hearing. ECF No. 9.

The bond hearing was held on February 5, 2026, before the Immigration Court. The Immigration Judge granted bond in the amount of $3,000.

Dated: February 6, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Erica McMahon*
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

## CERTIFICATE OF SERVICE

I, Erica McMahon, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: February 6, 2026       By: */s/ Erica McMahon*
                Special Assistant United States Attorney