UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL NDONGALA,<br><br>Petitioner,<br><br>v.<br><br>DAVID T. WESLING, et al.<br><br>Respondents. | Case No. 26-cv-10194-ADB |

DECLARATION OF MANUEL NDONGALA

I, Manuel Ndongala, hereby declare that the following facts are true and accurate, based upon my personal knowledge:

1. I, Manuel Ndongala, am the petitioner in the above-referenced action.

2. I live at 55 Pleasant Street, Apt. 4, Springvale, Maine 04083.

3. I am a private individual, and my net worth does not, nor has it ever, exceeded two million dollars ($2,000,000).

4. I make this declaration in support of my application for fees and costs incurred in my successful representation in the above-captioned case.

5. I previously retained Daniela Hargus of the Political Asylum/Immigration Representation (PAIR) Project to represent me *pro bono* in this case.

6. I authorize the recovery of fees and expenses to my attorney's office in order to compensate them for the work they performed on my behalf for which they were not otherwise compensated.

7. I further assign payment of any award of fees and costs to the PAIR Project and request payment to the PAIR Project via a check mailed to Daniela Hargus, PAIR Project, 98 N.

Washington Street, Suite 106, Boston, MA 02114.

8. To the best of my knowledge, I do not owe any debt to the United States government.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED THIS 16th DAY OF FEBRUARY 2026.

*/s/ Manuel Ndongala*
MANUEL NDONGALA