UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL NDONGALA,<br><br>Petitioner,<br><br>v.<br><br>DAVID T. WESLING, et al.<br><br>Respondents. | Case No. 26-cv-10194-ADB |

**DECLARATION OF DANIELA HARGUS IN SUPPORT OF APPLICATION FOR FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

I, Daniela Hargus, state that the following facts are true and correct, based upon my personal knowledge:

1. I have been a member in good standing of the bar of the Commonwealth of Massachusetts since 2022. I am over the age of 18 and am competent to testify regarding the matters described below.
2. I graduated from Boston University School of Law in 2022. Since 2021, I have been employed by the Political Asylum/Immigration Representation (PAIR) Project in Boston, Massachusetts. The mission of the PAIR Project is to provide *pro bono* legal services to indigent asylum applicants, noncitizens detained by ICE, and others seeking humanitarian relief. My current role at the PAIR Project is Detention Staff Attorney.
3. I was retained by Petitioner for *pro bono* services in connection with his detention by ICE when he was placed in ICE custody in Maine on or about November 18, 2026. I am the sole counsel for Petitioner in the above-captioned Petition for Writ of Habeas Corpus.
4. During the course of this litigation, I maintained time records in the normal course of my duties as a staff attorney and counsel in the above-referenced petition, records that I kept in good faith and that I created routinely and contemporaneously with the conduct described in each record or within a reasonable time thereafter. An accurate compilation of my time records is set forth in the chart attached to this declaration as Tab A. The compilation has been prepared to protect attorney-client privilege as well as confidential litigation work product. The compilation accurately reflects the tasks I completed in

connection with litigating the Petition, the time I spent to complete those tasks, and it preserves the substance of the original records as far as reasonably possible.

5. Upon review of my time records, I have determined that I spent no less than 2.8 hours investigating and drafting the Petition.
6. Upon review of my time records, I have determined that I spent no less than 0.5 hours meeting with the Petitioner regarding the subject of the Petition.
7. Upon review of my time records, I have determined that I spent no less than 0.1 hours reviewing the government's opposition to the Petition.
8. Upon review of my time records, I have determined that I spent no less than 0.4 hours reviewing the Court's order granting the petition and coordinating with Petitioner's immigration counsel.
9. Upon review of my time records, I have determined that I have spent no less than 2.4 hours reviewing the Government's response to the Court's Order to Show Cause and preparing this fee application.
10. In total, I spent no fewer than 6.2 hours on tasks required to litigate the above-captioned Petition for Writ of Habeas Corpus.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED THIS 16th DAY OF FEBRUARY 2026.

*/s/ Daniela Hargus*
Daniela Hargus

**TAB A**

**Compilation of Time Records for Daniela Hargus**

| Date | Description of tasks completed | Hours |
|---|---|---|
| 1/17/2026 | Review intake request and conduct investigation regarding Petitioner's detention status | 0.8 |
| 1/17/2026 | Email to Petitioner's immigration counsel re Petitioner's bond eligibility | 0.2 |
| 1/17/2026 | Prepare and file habeas petition, civil action cover sheet, and category sheet; contact after hours clerk and review Emergency Order Concerning Stay Of Transfer Or Removal Order | 1.5 |
| 1/17/2026 | Email to ICE and OPLA regarding Petitioner's Stay Of Transfer Or Removal Order | 0.1 |
| 1/20/2026 | Review General Order and Service Order | 0.2 |
| 1/22/2026 | Discuss habeas petition with Petitioner | 0.5 |
| 1/26/2026 | Review government's opposition to habeas petition | 0.1 |
| 1/27/2026 | Review court order granting habeas petition and order to show cause and coordinate with petitioner's immigration counsel | 0.4 |
| 2/6/2026 | Review Government's response to the Court's Order to Show Cause | 0.4 |
| 2/16/2026 | Prepare responsive brief in favor of fee award and prepare fee application | 2.0 |
| | **TOTAL HOURS:** | 6.2 |