U.S. BUREAU OF LABOR STATISTICS

# Databases, Tables & Calculators by Subject

Special Notices *1/14/2026*

**Change Output Options:** From: 2016 To: 2026 GO

include graphs include annual averages

More Formatting Options

Data extracted on: February 16, 2026 (2:57:08 PM)

**Consumer Price Index for All Urban Consumers (CPI-U)**

**Series Id:** CUURS11ASA0,CUUSS11ASA0
Not Seasonally Adjusted
**Series Title:** All items in Boston-Cambridge-Newton, MA-NH, all urban consumers, not seasonally adjusted
**Area:** Boston-Cambridge-Newton, MA-NH
**Item:** All items
**Base Period:** 1982-84=100

**Download:** .xlsx

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2016** | 257.215 | | 258.587 | | 260.809 | | 260.800 | | 262.606 | | 261.675 | | 260.496 | 259.188 | 261.803 |
| **2017** | 264.865 | | 265.070 | | 266.256 | | 266.429 | | 269.757 | | 269.149 | | 267.033 | 265.594 | 268.472 |
| **2018** | 272.229 | | 274.591 | | 274.668 | | 275.402 | | 278.663 | | 277.632 | | 275.815 | 274.148 | 277.483 |
| **2019** | 278.976 | | 280.393 | | 280.937 | | 280.943 | | 281.603 | | 283.526 | | 281.082 | 280.107 | 282.057 |
| **2020** | 285.181 | | 285.544 | | 282.620 | | 283.175 | | 283.391 | | 284.622 | | 284.266 | 284.754 | 283.778 |
| **2021** | 286.615 | | 289.240 | | 291.667 | | 295.211 | | 294.784 | | 299.723 | | 293.521 | 289.901 | 297.142 |
| **2022** | 304.634 | | 310.311 | | 313.578 | | 315.841 | | 318.800 | | 320.702 | | 314.356 | 310.111 | 318.602 |
| **2023** | 324.270 | | 324.859 | | 324.927 | | 324.746 | | 327.145 | | 328.362 | | 326.016 | 324.839 | 327.192 |
| **2024** | 330.746 | | 335.599 | | 337.772 | | 335.963 | | 338.258 | | 338.512 | | 336.376 | 335.178 | 337.575 |
| **2025** | 343.486 | | 343.972 | | 347.897 | | 346.856 | | 349.271 | | 347.892 | | 346.889 | 346.170 | 347.753 |
| **2026** | 348.343 | | | | | | | | | | | | | | |

U.S. BUREAU OF LABOR STATISTICS Office of Publications and Special Studies Suitland Federal Center Floor 7 4600 Silver Hill Road Washington, DC 20212-0002
Telephone: 202-691-5200_ Telecommunications Relay Service: 7-1-1_ www.bls.gov Contact Us