**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Manuel Ndongala
    Petitioner

        V.

CIVIL ACTION

NO.  1:26-cv-10194-ADB


David T. Wesling et al
    Respondents


## JUDGMENT


Burroughs, D. J.


    In accordance with the Court's electronic Order dated January 27, 2026, (ECF No. 9), as well as the Court's Memorandum and Order dated June 1, 2026, (ECF No. 15), it is hereby ORDERED that judgment is entered in favor of Petitioner, Manuel Ndongala.


        By the Court,


June 1, 2026                          /s/Caetlin McManus
    Date                               Deputy Clerk